**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Regina VENGOECHEA, a/k/a Regina Lopez De Vengoechea, Defendant–Appellant.**

**No. 06–7540.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 21, 2006.

Regina Vengoechea, Appellant Pro Se. Arthur Bradley Parham, Office of the United States Attorney, Florence, South Carolina, for Appellee.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Vengoechea seeks to appeal her conviction and sentence. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered judgment on June 27, 2000. The notice of appeal was filed on August 30, 2006.* Because Ven-

---

* Vengoechea filed a "Certificate of Appealability" that the district court docketed as a notice of appeal. We have given Vengoechea the benefit of *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), and Fed. R.App. P. 4(c), in calculating when her notice of appeal was filed.

goechea failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*